UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE A. WILSON,<br>   Plaintiff,<br>  v.<br>SOFIE LIU.<br>   Defendant. | Case No. 19-cr-04226-PJH<br><br>**ORDER REASSIGNING CASE** |

IT IS ORDERED that this case is reassigned to the **Phyllis J. Hamilton** in the Oakland division for all further proceedings. Counsel are instructed that all future filings shall bear the initials **PJH** immediately after the case number.

All hearing and trial dates presently scheduled are vacated. However, existing briefing schedules for motions remain unchanged. Motions must be renoticed for hearing before the judge to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior briefing schedule

Dated: July 23, 2019

              _____
              Susan Y. Soong
              Clerk, United States District Court

A true and correct copy of this order has been served by mail upon any pro se parties.