UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

A MARIE WILSON,

    Plaintiff,

v.

SOFIE LIU,

    Defendant.

Case No. 19-cv-04226-PJH

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 8

Plaintiff in the above-entitled matter having failed to appear at the case management conference on November 14, 2019, and defendant having filed a case management conference statement,

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Plaintiff is ordered to file a written response to this order by **November 25, 2019**. If plaintiff fails to file such response, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 15, 2019

                                    /s/ Phyllis J. Hamilton
                                  PHYLLIS J. HAMILTON
                                  United States District Judge