UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

A MARIE WILSON,

    Plaintiff,

v.

SOFIE LIU,

    Defendant.

Case No. 19-cv-04226-PJH

**ORDER DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO PROSECUTE**

Re: Dkt. No. 25

On November 15, 2019, this court ordered plaintiff in the above-entitled action to show cause why this action should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). Dkt. 25. The court ordered that plaintiff file such response by November 25, 2019. Id. The court cautioned plaintiff that failure to do so would result in this action's dismissal for failure to prosecute. Id.

To date, plaintiff has failed to file any such response. Given such failure, the court DISMISSES this action WITH PREJUDICE for failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 9, 2019

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge