UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A MARIE WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>SOFIE LIU,<br><br>    Defendant. | Case No. 19-cv-04226-PJH<br><br>**JUDGMENT** |

The court having dismissed this case pursuant to Federal Rule of Civil Procedure 41(b),

it is Ordered and Adjudged

that plaintiff take nothing, and that the action be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: December 9, 2019

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge